**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CARL E. BERG,** | § | |
| | § | |
|     **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | Civil Action No. 3:08-CV-1074-L |
| | § | |
| **GARY M. KORNMAN,** | § | |
| | § | |
|     **DEFENDANT.** | § | |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

After considering the parties' Joint Stipulation of Dismissal With Prejudice filed in this proceeding, the Court GRANTS the Stipulation and dismisses this proceeding and all claims against the other with prejudice and with each party incurring their own costs.

**It is so ordered** this 26th day of September, 2008.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge